IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| CLARA MOLLY GARRETT, *et al.*, ) | |
| ) | |
| *Plaintiff*, ) | Civil Action No.: 2:17-cv-0059 |
| ) | Chief Judge Waverly Crenshaw, Jr. |
| vs. ) | Magistrate Judge Joe Brown |
| ) | |
| SHERIFF ODDIE SHOUPE, *et al.* ) | JURY DEMANDED |
| ) | |
| *Defendants*. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Clara Molly Garrett, Cheyene Paige Mabe, and Tonya Gail Qualls and Defendants Oddie Shoupe, Donna Daniels, Sam Benningfield and White County, Tennessee (these defendants collectively referred to as "County Defendants") have advised the Court that all claims brought by Plaintiffs against County Defendants have been compromised and settled. Further, Plaintiffs have informed the Court that they intend to voluntarily dismiss with prejudice their claims against Andrea Fox.

**IT IS THEREFORE ORDERED, ADJUDGED & DECREED** that this action is dismissed with prejudice. The parties are responsible for their own costs, fees and expenses. This is a final order issued pursuant to Rule 54 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
Waverly D. Crenshaw, Jr.
Chief United States District Judge