UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Clara Molly Garrett, et al.
        Plaintiff,

v.           Case No.: 2:17–cv–00059

Oddie Shoupe, et al.
        Defendant,

## ENTRY OF JUDGMENT

  Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/14/2019 re [54].

                Clerk of Court
               s/ Greg Bowersock, Deputy Clerk